IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE SCHNUCK MARKETS INC. | ) | |
| CONSUMER DATA SECURITY BREACH | ) | No. 4:13MD2470 |
| LITIGATION | ) | |
| | ) | Judge John A. Ross |

## STATUS REPORT REGARDING PRELIMINARY APPROVAL OF SETTLEMENT IN PARALLEL STATE COURT ACTION

Defendant Schnuck Markets, Inc. submits this Status Report in order to report that on July 7, 2014, the plaintiffs in the parallel state court action, *McGann v. Schnuck Markets, Inc.*, Cause No. 1322-CC00800 (Circuit Court of the City of St. Louis, Missouri), filed a revised Motion for Preliminary Approval of Settlement.  On July 9, 2014, Judge Dowd granted that motion and set the final approval hearing for January 13, 2015 at 10:00 a.m.  A copy of the signed Preliminary Approval Order is attached to this Status Report as Exhibit A.  A chart showing the expected deadlines in the notice and final approval process in the state court action is attached as Exhibit B.  The final version of the Settlement Agreement (without exhibits), as executed on July 1, 2014, is attached as Exhibit C.

Dated:  July 9, 2014						Respectfully submitted,

                                                                              BAKER & HOSTETLER LLP

                                                             By:   */s Paul Karlsgodt*
                                                                      Paul G. Karlsgodt
                                                                      pkarlsgodt@bakerlaw.com
                                                                      303 E. 17th Ave., Suite 1100
                                                                      Denver, CO 80203
                                                                      Telephone:  303-861-0600
                                                                      Facsimile:   303-861-7805

                                                                      Kevin F. Hormuth, No. 48165 MO
                                                                      kfh@greensfelder.com
                                                                      David P. Niemeier, No. 50969 MO
                                                                      dpn@greensfelder.com
                                                                      Greensfelder, Hemker & Gale, PC
                                                                      10 South Broadway, Suite 2000
                                                                      St. Louis, MO  63102
                                                                      Telephone:    314.241.9090
                                                                      Facsimile:     314.345.5466

*Attorneys for Defendant Schnuck Markets, Inc.*

2

## CERTIFICATE OF SERVICE

I certify that on the 9th of July, 2014, the foregoing *STATUS REPORT REGARDING FILING OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT IN PARALLEL STATE COURT ACTION* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s Paul Karlsgodt*

*An Attorney for Schnuck Markets, Inc.*