Exhibit B

McGann v. Schnucks Settlement Deadlines

| Date | Action |
|---|---|
| 7/7/2014 | Filing of Modified Settlement Agreement with the Court |
| 7/9/2014 | Preliminary Approval |
| 8/11/2014 | Deadline for Notice Program to commence (3.2) |
| 9/10/2014 | Deadline for Completion of Notice - at least 90 days before Final Fairness Hearing (3.2) |
| 10/14/2014 | Deadline to provide confirmation that notice program has been completed (preliminary approval order) |
| 12/9/2014 | Objection deadline - 120 days after beginning of notice period (5.1) |
| 12/9/2014 | Opt Out Deadline - 120 days after beginning of notice period (4.1) |
| 12/16/2014 | Deadline for Settlement Class Counsel to provide Opt Out List - 7 days after Opt Out deadline (9.3) |
| 12/19/2014 | Deadline for Schnucks to void settlement by notifying Class Counsel in writing if 2000 or more Opt Outs - 10 days after Opt Out Deadline (4.3) |
| 12/31/2014 | Claims deadline (2.1, 2.2, 2.3.2) |
| 1/2/2015 | Deadline to file motion for final approval (preliminary approval order) |
| 1/13/2015 | Final Fairness Hearing (preliminary approval order) |
| 2/27/2015 | Effective Date (estimated assuming no appeals) |
| 3/9/2015 | Deadline for Defendant to pay attorneys' fees, costs, expenses and Representative Plaintiffs' and Named Plaintiffs' incentive awards - 10 days after Effective Date (7.4) |
| 3/29/2015 | Earliest deadline for Claims Administrator to accept, reject or request supplementation of claims - 30 days after the later of the Effective Date or 12/31/14 (2.5.2) |
| 4/13/2015 | Deadline to cure claim defect - 15 days after Claims Administrator requests additional information (2.5.2) |
| 4/28/2015 | Deadline to return to Schnucks all documents and materials provided by Schnucks in confirmatory discovery - 60 days after effective date (10.4) |
| 4/28/2015 | Deadline for initial payment of claims - 60 days after Effective Date (8.2) or within 30 days of approval of claim (floating deadline) |
| 5/13/2015 | Deadline for Claims Administrator to accept or reject claims after requesting Claim Supplementation - 30 days after receipt of Claim Supplementation (2.5.3) |
| 5/28/2015 | Deadline for Class Member to accept or reject any offer of partial payment received from the Claims Administrator - 15 days after receipt of offer (2.5.4) |
| 6/12/2015 | Deadline for Claims Administrator to reconsider initial adjustment amount and make a final determination - 15 days after receipt of rejection of offer (2.5.4) |
| 6/22/2015 | Deadline to submit disputed claims to the Claims Referee - 10 days after final determination is not approved (2.5.4) |
| 7/7/2015 | Initial deadline for Claims Referee to make a ruling affirming Claims Administrator's determination - 15 days after referral to Claims Referee (2.5.5) |
| 7/22/2015 | Deadline for Claims Referee to make any other final determination or request supplementation - 30 days after referral to Claims Referee (2.5.5). |
| 8/26/2015 | Initial deadline to request re-issuance of a settlement check - 6 months after Effective Date (10.15) |
| 2/27/2016 | Deadline for extensions of deadline to respond to Claims Administrator request for Claim Supplementation for ¶ 2.1 and ¶ 2.2 claims - 1 year after Effective Date (2.5.2) |
| 2/27/2016 | Settlement Administration Terminates |