## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

|   |   |   |
|---|---|---|
| IN RE SCHNUCK MARKETS, INC. CONSUMER DATA SECURITY BREACH LITIGATION | ) ) ) ) ) | 4:13-md-2470-JAR ALL CASES |

### ORDER

The parties appeared by telephone and in person for a status conference on this date. The Court notes that Judge David L. Dowd has given preliminary approval to the settlement agreement in McGann et al. v. Schnucks Markets, Inc., No. 1322-CC00800 (Mo. Cir. St. Louis City). The McGann case is set for a final fairness hearing on January 13, 2015.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **STAYED** until further order of this Court. The parties shall provide a status report to the Court no later than January 23, 2015.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Class Certification [7] and Defendants' Motion to Dismiss Amended Class Action Complaint [33] in Domiano v. Schnucks Markets, Inc., 4:13cv683 are **DENIED** that without prejudice.

Dated this 11th day of July, 2014.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**