IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE SCHNUCK MARKETS INC. ) <br> CONSUMER DATA SECURITY BREACH ) <br> LITIGATION ) <br> ) | No. 4:13MD2470 <br><br> Judge John A. Ross |

## STATUS REPORT REGARDING FINAL APPROVAL OF SETTLEMENT IN PARALLEL STATE COURT ACTION

Pursuant to the Court's order dated July 11, 2014, Defendant Schnuck Markets, Inc. ("Schnucks") submits this Status Report in order to report that on January 15, 2015, Judge Dowd entered a Judgment Granting Approval To Class Action Settlement in the parallel state court action, *McGann v. Schnuck Markets, Inc.*, Cause No. 1322-CC00800 (Circuit Court of the City of St. Louis, Missouri). A copy of the signed Final Approval Order is attached hereto as Exhibit A. Based on the terms of the Settlement Agreement, and if there are no appeals by Objectors, the settlement will be effective and final as of February 24, 2015. Schnucks will submit a further status report to this Court by March 3, 2015.

Schnucks also reports that on December 9, 2014, The Driscoll Firm, counsel for plaintiffs in the *Castellano* class action, case number 13-cv-1201 currently pending as part of the MDL case, filed two new lawsuits against Schnucks arising out of the incident that is the subject of the MDL cases. The first lawsuit is a mass action on behalf of 206 plaintiffs that allegedly opted out of the *McGann* class action settlement, two of whom are also plaintiffs in *Castellano*. *See* Complaint, *Allen, et*

*al. v. Schnuck Markets, Inc.*, Case No. 14-L-785 (Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois), attached hereto as Exhibit B. Schnucks filed its Notice of Removal to the Southern District of Illinois on January 20, 2015. *See* Notice of Removal, Case No. 15-cv-00061-MJR-DGW (S.D. Ill.), attached hereto as Exhibit C. The second lawsuit is a putative class action by Community Bank of Trenton against Schnucks, also arising out of the same security incident that is the subject matter of the cases within this MDL case. *See* Class Action Complaint, *Community Bank of Trenton v. Schnuck Markets, Inc.*, Case No. 3:14-cv-01361-MJR-PMF (S.D. Ill.), attached hereto as Exhibit D.  In both lawsuits, Defendants have filed motions to change the venue for those cases to this Court. *See Allen* Motion, attached hereto as Exhibit E; *Community Bank of Trenton* Motion, attached hereto as Exhibit F.

2

Dated:  January 23, 2015    Respectfully submitted,

BAKER & HOSTETLER LLP

By:  */s Paul Karlsgodt*
Paul G. Karlsgodt
pkarlsgodt@bakerlaw.com
303 E. 17th Ave., Suite 1100
Denver, CO 80203
Telephone:  303-861-0600
Facsimile:   303-861-7805

Kevin F. Hormuth, No. 48165 MO
kfh@greensfelder.com
David P. Niemeier, No. 50969 MO
dpn@greensfelder.com
Greensfelder, Hemker & Gale, PC
10 South Broadway, Suite 2000
St. Louis, MO  63102
Telephone:    314.241.9090
Facsimile:     314.345.5466

*Attorneys for Defendant Schnuck Markets, Inc.*

CERTIFICATE OF SERVICE

I certify that on the 23rd day of January, 2015, the foregoing *STATUS REPORT REGARDING FINAL APPROVAL OF SETTLEMENT IN PARALLEL STATE COURT ACTION* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                 */s Paul Karlsgodt*
                                             *An Attorney for Schnuck Markets, Inc.*